JEFFREY M. SHOHET (Bar No. 067529)
JULIE L. HUSSEY (Bar No. 237711)
CARRIE S. DOLTON (Bar No. 234298)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
TIME WARNER ENTERTAINMENT-ADVANCE/
NEWHOUSE PARTNERSHIP, A NEW YORK GENERAL
PARTNERSHIP, SUED ERRONEOUSLY AS TIME
WARNER CABLE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT, an individual, on behalf of himself, on behalf of all those similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> TIME WARNER CABLE, INC., a Delaware corporation, and DOES 1 TO 100, <br><br> Defendants. | Case No. 08 CV 0582 BTM WMc <br><br> **NOTICE OF APPEARANCE** |

NOW COMES Jeffrey M. Shohet and hereby enters his appearance on behalf of the Defendant Time Warner Entertainment-Advance/Newhouse Partnership, a New York General Partnership, and in the above-entitled case.

Dated: April 1, 2008

By  s/Jeffrey M. Shohet
JEFFREY M. SHOHET
DLA PIPER US LLP
Attorneys for Defendant
Time Warner Entertainment-
Advance/Newhouse Partnership, A New
York General Partnership, Sued
Erroneously as Time Warner Cable, Inc.