1  JEFFREY M. SHOHET (Bar No. 067529)
   JULIE L. HUSSEY (Bar No. 237711)
2  CARRIE S. DOLTON (Bar No. 237711)
   DLA PIPER US LLP
3  401 B Street, Suite 1700
   San Diego, CA 92101-4297
4  Tel: 619.699.2700
   Fax: 619.699.2701
5
   Attorneys for Defendant
6  TIME WARNER ENTERTAINMENT-ADVANCE/
   NEWHOUSE PARTNERSHIP, A NEW YORK
7  GENERAL PARTNERSHIP, SUED
   ERRONEOUSLY AS TIME WARNER CABLE,
8  INC.

9
                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12 | LEON ALPERT, an individual, on behalf        | CV NO. 087cv0582 BTM WMc
   | of himself, on behalf of all those similarly |
13 | situated, and on behalf of the general       | **CERTIFICATE OF SERVICE**
   | public,                                      |
14 |                                              |
   |        Plaintiffs,                           |
15 |                                              |
   |   v.                                         |
16 |                                              |
   | TIME WARNER CABLE, INC., a                   |
17 | Delaware corporation, and DOES 1 to 100,     |
   |                                              |
18 |        Defendants.                           |

19
20
21
22
23
24
25
26
27
28

SD\1790009.1

08 CV 0582 BTM WMc

I am a resident of the state of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On April 1, 2008, I served the within documents: **NOTICE OF APPEARANCE**

[X] by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be served to the addressee(s) specified below.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) specified in Exhibit B below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

[ ] by personally delivering the document(s) listed above to the person(s) via Central Attorney Service at the address(es) set forth in Exhibit B.

Barron E. Ramos, Esq.                    Counsel for Plaintiffs
132 N. El Camino Real, Suite 303
Encinitas, CA 92024
858 349-6019
760 994-1354 (fax)
bramos@hcesq.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on April 1, 2008, at San Diego, California.

_____
Susan Walton

-1-

SD\1790009.1                              08 CV 0582 BTM WMc