1  JEFFREY M. SHOHET (Bar No. 067529)
   JULIE L. HUSSEY (Bar No. 237711)
2  CARRIE S. DOLTON (Bar No. 234298)
   **DLA PIPER US LLP**
3  401 B Street, Suite 1700
   San Diego, CA 92101-4297
4  Tel: 619.699.2700
   Fax: 619.699.2701
5

6  Attorneys for Defendant
   TIME WARNER ENTERTAINMENT-ADVANCE/
7  NEWHOUSE PARTNERSHIP, A NEW YORK
   GENERAL PARTNERSHIP
8

FILED
2008 MAR 27 PM 4:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

9              UNITED STATES DISTRICT COURT
10             SOUTHERN DISTRICT OF CALIFORNIA

11 LEON ALPERT, an individual, on behalf     CV NO. '08 CV 0582 BTM WMc
12 of himself, on behalf of all those similarly
   situated, and on behalf of the general     TIME WARNER CABLE'S NOTICE OF
13 public,                                    PARTY WITH FINANCIAL INTEREST

14          Plaintiffs,                       Complaint: March 13, 2007
                                              FAC:       May 16, 2007
15      v.

16 TIME WARNER CABLE, INC., a
   Delaware corporation, and DOES 1 TO
17 100,

18          Defendants.

19
20
21
22
23
24
25
26
27
28

DLA PIPER US LLP    GT\6565339.1                CV NO. _____
  SAN DIEGO         325566-11

TIME WARNER CABLE'S NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1(a) and local rule 40.2, defendant Time Warner Entertainment-Advance/Newhouse Partnership d/b/a Time Warner Cable ("TWC") states that it is a New York general partnership. The partners of TWC are TWE-A/N Holdco, L.P., which is through wholly-owned subsidiaries owned by Time Warner Entertainment Company, L.P.; Time Warner NY Cable LLC, which is through wholly-owned subsidiaries owned by Time Warner Cable Inc. and Time Warner Inc.; and Advance/Newhouse Partnership, an outside partner, which is wholly owned by Newhouse Cable Holdings, LLC and Advance Communications Company LLC.

The general partners of Time Warner Entertainment Company, L.P. are TWE Holdings, L.P., which is indirectly wholly owned by Time Warner Cable Inc.; and TWE GP Holdings LLC, which is wholly owned by Time Warner NY Cable LLC. TWE Holdings, L.P. and Time Warner NY Cable LLC are also the limited partners of Time Warner Entertainment Company, L.P.

Time Warner Inc. indirectly, through wholly-owned subsidiaries, owns 84.04% of Time Warner Cable Inc.'s outstanding Class A Common Stock and 100% of its outstanding Class B Common Stock. The remaining 15.96% of Time Warner Cable Inc.'s outstanding Class A Common Stock is publicly traded. To our knowledge, no publicly held corporation owns 10% or more of Time Warner Cable Inc.'s Class A Common Stock. Time Warner Inc. is a publicly traded company and, to our knowledge, no publicly held corporation owns 10% or more of Time Warner Inc.'s stock.

Dated: March 27, 2008

DLA PIPER US LLP

By _____
JEFFREY M. SHOHET
Attorney for Defendant
TIME WARNER ENTERTAINMENT-
ADVANCE/ NEWHOUSE PARTNERSHIP, A
NEW YORK GENERAL PARTNERSHIP

GT\6565339.1
325566-11

-1-

CV NO._____

TIME WARNER CABLE'S NOTICE OF PARTY WITH FINANCIAL INTEREST