1  JEFFREY M. SHOHET (Bar No. 067529)
   JULIE L. HUSSEY (Bar No. 237711)
2  CARRIE S. DOLTON (Bar No. 234298)
   RYAN T. HANSEN (Bar No. 234329)
3  **DLA PIPER US LLP**
   401 B Street, Suite 1700
4  San Diego, CA 92101-4297
   Tel: 619.699.2700
5  Fax: 619.699.2701

6

7  Attorneys for Defendant
   TIME WARNER ENTERTAINMENT-ADVANCE/
   NEWHOUSE PARTNERSHIP, A NEW YORK GENERAL
8  PARTNERSHIP

9
                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12

| | |
|---|---|
| LEON ALPERT, an individual, on behalf of himself, on behalf of all those similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER CABLE, INC., a Delaware corporation, and DOES 1 TO 100,<br><br>Defendants. | CV No. 08CV582 BTM<br><br>**DECLARATION OF JULIE L. HUSSEY IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date         May 23, 2008<br>Time         11:00 a.m.<br>Ctrm:        15<br>Judge:       Hon. Barry Ted Moskowitz<br><br>**[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]**<br><br>Complaint:   March 13, 2007<br>FAC:         May 16, 2007<br>Removal:     March 28, 2008 |

1    I, Julie L. Hussey, declare:

2    1.   I am an attorney duly admitted to practice law in the State of California, and admitted to appear before this Court. I am a partner with the law firm of DLA Piper US LLP, attorneys of record for Defendant Time Warner Entertainment-Advance/Newhouse Partnership, a New York general partnership, through its San Diego Division, dba Time Warner Cable ("TWC") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently thereto.

3    2.   Attached to the Notice of Lodgment of Exhibits in Support of Defendant Time Warner Cable's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Notice of Lodgment") as Exhibit A is a true and correct copy of excepts from the deposition transcript for the deposition of Plaintiff Leon Alpert, taken on November 6, 2007.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on April 2, 2008, in San Diego, California.

                                                s/Julie L. Hussey
                                                Julie L. Hussey