| | |
|---|---|
| 1 | JEFFREY M. SHOHET (Bar No. 067529) |
| | JULIE L. HUSSEY (Bar No. 237711) |
| 2 | CARRIE S. DOLTON (Bar No. 237711) |
| | DLA PIPER US LLP |
| 3 | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| 4 | Tel: 619.699.2700 |
| | Fax: 619.699.2701 |
| 5 | |
| 6 | Attorneys for Defendant |
| | TIME WARNER ENTERTAINMENT-ADVANCE/ |
| | NEWHOUSE PARTNERSHIP, A NEW YORK |
| 7 | GENERAL PARTNERSHIP, SUED |
| | ERRONEOUSLY AS TIME WARNER CABLE, |
| 8 | INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT, an individual, on behalf of himself, on behalf of all those similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER CABLE, INC., a Delaware corporation, and DOES 1 to 100,<br><br>Defendants. | CV NO. 087cv0582 BTM WMc<br><br>**CERTIFICATE OF SERVICE** |

DLA PIPER US LLP
SAN DIEGO

SD\1790133.1
325566-11

08 CV 0582 BTM WMc

1  I am a resident of the state of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On April 2, 2008, I served the within documents:

**SEE ATTACHED LIST FOR ALL DOCUMENTS SERVED.**

☒  by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be served to the addressee(s) specified below.

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) specified in Exhibit B below on this date before 5:00 p.m.

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

☐  by personally delivering the document(s) listed above to the person(s) via Central Attorney Service at the address(es) set forth in Exhibit B.

Barron E. Ramos, Esq.                    Counsel for Plaintiffs
132 N. El Camino Real, Suite 303
Encinitas, CA 92024
858 349-6019
760 994-1354 (fax)
bramos@hcesq.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on April 2, 2008, at San Diego, California.

*/s/ Debra Stitcher*

Debra Stitcher

DLA PIPER US LLP
SAN DIEGO

SD\1790133.1
325566-11

-1-

08 CV 0582 BTM WMc

*Alpert, et al., v. Time Warner Cable, Inc., et al.,*

U.S.D.C., S.D. Cal. No. 08CV582 BTM

### LIST OF DOCUMENTS SERVED

1. NOTICE OF MOTION AND MOTION OF DEFENDANT TIME WARNER CABLE FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

3. SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

4. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

5. DECLARATION OF TERRI RHODES IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

6. DECLARATION OF JULIE L. HUSSEY IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

7. NOTICE OF LODGMENT OF EXHIBITS AND NON-CALIFORNIA AUTHORITIES IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

DLA Piper US LLP
San Diego

SD\1790133.1
325566-11

-2-

CERTIFICATE OF SERVICE
07CV1981 WQH (POR)