JEFFREY M. SHOHET (Bar No. 067529)
JULIE L. HUSSEY (Bar No. 237711)
CARRIE S. DOLTON (Bar No. 234298)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701


Attorneys for Defendant
TIME WARNER ENTERTAINMENT-ADVANCE/
NEWHOUSE PARTNERSHIP, A NEW YORK
GENERAL PARTNERSHIP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT, an individual, on behalf of himself, on behalf of all those similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>  v.<br><br>TIME WARNER CABLE, INC., a Delaware corporation, and DOES 1 TO 100,<br><br>    Defendants. | CV No. 08 CV 0582 BTM WMc<br><br>**DECLARATION OF SERVICE** |

-1-

SD\1789633.1
325566-11

08 CV 0582 BTM WMc

1    I am a resident of the State of California, over the age of eighteen years, and not a party to

2    the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San

3    Diego, California 92101-4297. On April 4, 2008, I served the within document(s): **Please see**

4    **attached list of documents served**

5    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
         forth below on this date before 5:00 p.m.

6

7    ☐    by placing the document(s) listed above in a sealed envelope with postage thereon
         fully prepaid, in the United States mail at San Diego, California addressed as set
         forth below.

8

9    ☐    by placing the document(s) listed above in a sealed envelope with postage thereon
         fully prepaid, and deposited with Federal Express or UPS Overnight at San Diego,
         California addressed as set forth *and indicated* below.

10

11   ☒    by transmitting the documents listed above electronically *by written agreement of*
         *counsel.*

12

13   **Attorneys for Plaintiff Leon Alpert**
     David R. Markham, Esq.

14   Clark & Markham
     401 West A Street, Ste. 2200

15   San Diego, CA 92101
     T: (619) 239-1321

16   F: (619) 239-5888
     jtreglio@clarkmarkham.com

17   (*Via Electronic Mail*)

18      I am readily familiar with the firm's practice of collection and processing correspondence
     for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

19   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
     motion of the party served, service is presumed invalid if postal cancellation date or postage

20   meter date is more than one day after date of deposit for mailing in affidavit. I further declare
     that I am familiar with the firm's practice for collection and processing of correspondence for

21   Federal Express and United Parcel Service, and that all correspondence will be deposited with
     Federal Express or United Parcel Service the same day during the ordinary course of business.

22      I declare that I am a member of the Bar and permitted to practice before this Court.

23      Executed on April 4, 2008, at San Diego, California.

24   _____

25                        Carrie S. Dolton

26

27

28

DLA PIPER US LLP
SAN DIEGO

SD\1789633.1
325566-11

-2-

08 CV 0582 BTM WMc

*Alpert, et al., v. Time Warner Cable, Inc., et al.,*

U.S.D.C., S.D. Cal. No. 08CV582 BTM

**LIST OF DOCUMENTS SERVED**

1.    NOTICE OF MOTION AND MOTION OF DEFENDANT TIME WARNER CABLE FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

2.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

3.    SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

4.    REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

5.    DECLARATION OF TERRI RHODES IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

6.    DECLARATION OF JULIE L. HUSSEY IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

7.    NOTICE OF LODGMENT OF EXHIBITS AND NON-CALIFORNIA AUTHORITIES IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

DLA Piper US LLP
San Diego

SD\1789633.1
325566-11

08 CV 0582 BTM WMc