# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT, et al.,,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>TIME WARNER CABLE, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08cv582-BTM (WMc)<br><br>ORDER FOR TELEPHONIC STATUS |

A telephonic status conference has been scheduled for April 15, 2008, at 9:15 a.m. in the above captioned case. **Counsel for plaintiff is instructed to initiate the call by first telephoning the opposing counsel and then telephoning the Court at 619-557-6624.**

IT IS SO ORDERED.

DATED: April 10, 2008

　　　　　　　　　　　　　　　　　　　　　　_/s/ W. McCurine Jr._
　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court