# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LEON ALPERT, | CASE NO. 08CV582 BTM (WMC) |
|---|---|
| Plaintiff, | ORDER SEALING TIME WARNER CABLE'S RESPONSE |
| vs. | |
| TIME WARNER CABLE, | |
| Defendant. | |

It is hereby ordered that Defendant Time Warner Cable's Response To Status Conference be filed under seal. The Clerk shall file the Response under seal and also file a redacted version of the Response that will be publicly available.

IT IS SO ORDERED.

DATED: April 14, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge