1  JEFFREY M. SHOHET (Bar No. 067529)
   JULIE L. HUSSEY (Bar No. 237711)
2  CARRIE S. DOLTON (Bar No. 234298)
   **DLA PIPER US LLP**
3  401 B Street, Suite 1700
   San Diego, CA 92101-4297
4  Tel: 619.699.2700
   Fax: 619.699.2701
5

6  Attorneys for Defendant
   TIME WARNER ENTERTAINMENT-ADVANCE/
7  NEWHOUSE PARTNERSHIP, A NEW YORK
   GENERAL PARTNERSHIP
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 LEON ALPERT, an individual, on behalf        CV No. 08CV582 W WMc
   of himself, on behalf of all those similarly
13 situated, and on behalf of the general       **DECLARATION OF SERVICE**
   public,
14
              Plaintiffs,
15
       v.
16
   TIME WARNER CABLE, INC., a
17 Delaware corporation, and DOES 1 to 100,

18            Defendants.

19
       I am a resident of the State of California, over the age of eighteen years, and not a party to
20
   the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San
21
   Diego, California 92101-4297. On April 15, 2008, I served the within document(s):
22
   **AMENDED NOTICE OF MOTION AND MOTION OF DEFENDANT TIME WARNER
23 CABLE FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL
   SUMMARY JUDGMENT**
24
   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set
25       forth below on this date before 5:00 p.m.

26 ☐   by placing the document(s) listed above in a sealed envelope with postage thereon
        fully prepaid, in the United States mail at San Diego, California addressed as set
27      forth below.

28
                                           -1-
DLA PIPER US LLP
  SAN DIEGO    SD\1789633.1                                              08cv582 W WMc
               325566-11

| | | |
|---|---|---|
| | ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with Federal Express or UPS Overnight at San Diego, California addressed as set forth *and indicated* below. |
| | ☒ | by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case Filing system *as indicated below.* |
| | ☒ | by transmitting the document(s) listed above via electronic mail, *by written agreement of counsel, as indicated below.* |

**Attorneys for Plaintiff Leon Alpert**
Barron E. Ramos, Esq.
132 N. El Camino Real, Ste. 303
Encinitas, CA 92024
T: (858) 349-6019
F: (760) 994-1354
bramos@hcseq.com
(*Via E-Filing*)

**Attorneys for Plaintiff Leon Alpert**
David R. Markham, Esq.
Clark & Markham
401 West A Street, Ste. 2200
San Diego, CA 92101
T: (619) 239-1321
F: (619) 239-5888
dmarkham@clarkmarkham.com and
jtreglio@clarkmarkham.com
(*Via Electronic Mail*)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I further declare that I am familiar with the firm's practice for collection and processing of correspondence for Federal Express and United Parcel Service, and that all correspondence will be deposited with Federal Express or United Parcel Service the same day during the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on April 15, 2008, at San Diego, California.

_____
Gini Wiese