UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT,<br><br>                    Plaintiff,<br>   vs.<br><br>TIME WARNER CABLE INC. et. al.,<br><br>                    Defendants. | CASE NO. 08-CV-0582 W (WMC)<br><br>**ORDER SUA SPONTE CONTINUING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT** |

On April 2, 2008 Defendants Time Warner Cable Inc. et. al. ("Defendants") moved for summary judgment, or in the alternative, partial summary judgment against Plaintiff Leon Alpert ("Plaintiff"). (Doc. No. 4.) The original hearing date was set for May 23, 2008 and was continued until June 2, 2008. (Doc. No. 13.) On April 25, 2008 Plaintiff filed a motion to remand for lack of federal jurisdiction. (Doc. No. 17.) The motion for remand is currently set to be heard on June 16, 2008. In the interest of judicial economy, the Court **CONTINUES** the summary judgment hearing date until **June 30, 2008.** Unless otherwise notified, the Court will decide the matter under submission and without oral argument. See S.D. Cal. Civ. R. 7.1(d)(1).

   **IT IS SO ORDERED.**

DATED: April 29, 2008

                                                                          _____
                                                                          Hon. Thomas J. Whelan
                                                                          United States District Judge