# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>TIME WARNER CABLE INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08CV582-W (WMc)<br><br>ORDER |

At the joint request of the parties and due to the pending motions before Judge Whelan, compliance with the Court's order issued April 17, 2008, is stayed until further order. The telephonic Case Management Conference currently scheduled for **July 14, 2008 at 9:15 a.m.** will be converted to a telephonic status conference. **Counsel for Defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

　　IT IS SO ORDERED.

DATED: June 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ W. McCurine Jr.
　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court