1  JEFFREY M. SHOHET (Bar No. 067529)
   JULIE L. HUSSEY (Bar No. 237711)
2  CARRIE S. DOLTON (Bar No. 234298)
   RYAN T. HANSEN (Bar No. 234329)
3  **DLA PIPER US LLP**
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.2700
5  Fax:  619.699.2701

Attorneys for Defendant
TIME WARNER ENTERTAINMENT-ADVANCE/
NEWHOUSE PARTNERSHIP, A NEW YORK GENERAL
PARTNERSHIP, THROUGH ITS SAN DIEGO DIVISION,
DBA TIME WARNER CABLE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT, an individual, on behalf of himself, on behalf of all those similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER CABLE, INC., a Delaware corporation, and DOES 1 TO 100,<br><br>Defendants. | CV No. 08CV00582 W WMe<br><br>**DECLARATION OF RYAN T. HANSEN IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date      June 30, 2008<br>Time      10:00 a.m.<br>Dept:     7<br>Judge:    Hon. Thomas J. Whelan<br><br>**[No Oral Argument Pursuant to CivLR 7.1(d)(1)]**<br><br>Complaint:  March 13, 2007<br>FAC:        May 16, 2007<br>Removal:    March 27, 2007 |

WEST\21453437.1
325566-000011

08CV00582 W WMC

I, Ryan T. Hansen, declare:

1. I am an attorney duly admitted to practice law in the State of California, and admitted to appear before this Court. I am an associate with the law firm of DLA Piper US LLP, attorneys of record for Defendant Time Warner Entertainment-Advance/Newhouse Partnership, a New York general partnership, through its San Diego Division, dba Time Warner Cable ("TWC") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently thereto.

2. Attached to the Notice of Lodgment of Exhibits in Support of Defendant Time Warner Cable's Objections to Evidence Proffered and Request for Judicial Notice in Support of Plaintiffs Opposition to Time Warner Cable, Inc.'s Motion for Summary Judgment as Exhibit A is a true and correct copy of excepts from the deposition transcript for the deposition of Plaintiff Leon Alpert, taken on November 6, 2007.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on June 23, 2008, in San Diego, California.

                                              s/Ryan T. Hansen
                                              Ryan T. Hansen