1  JEFFREY M. SHOHET (Bar No. 067529)
   JULIE L. HUSSEY (Bar No. 237711)
2  CARRIE S. DOLTON (Bar No. 237711)
   DLA PIPER US LLP
3  401 B Street, Suite 1700
   San Diego, CA 92101-4297
4  Tel: 619.699.2700
   Fax: 619.699.2701
5
   Attorneys for Defendant
6  TIME WARNER ENTERTAINMENT-ADVANCE/
   NEWHOUSE PARTNERSHIP, A NEW YORK
7  GENERAL PARTNERSHIP, SUED
   ERRONEOUSLY AS TIME WARNER CABLE,
8  INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT, an individual, on behalf of himself, on behalf of all those similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER CABLE, INC., a Delaware corporation, and DOES 1 to 100,<br><br>Defendants. | CV NO. 08cv0582 W WMc<br><br>**CERTIFICATE OF SERVICE** |

DLA PIPER US LLP
SAN DIEGO

WEST\21270942.1
325566-000011

08CV0582 W WMc

1       I am a resident of the state of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On June 23, 2008, I served the within documents:

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT**

**DEFENDANT TIME WARNER CABLE, INC.'S OBJECTIONS TO EVIDENCE PROFFERED AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO TIME WARNER CABLE, INC.'S MOTION FOR SUMMARY JUDGMENT**

**REPLY SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S MOTION FOR SUMMARY JUDGMENT**

**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S OBJECTIONS TO EVIDENCE PROFFERED AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO TIME WARNER CABLE, INC.'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF RYAN T. HANSEN IN SUPPORT OF DEFENDANT TIME WARNER CABLE'S REPLY TO MOTION FOR SUMMARY JUDGMENT**

[X] by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be served to the addressee(s) specified below *as indicated below.*

[X] by transmitting the documents listed above electronically, *by written agreement of counsel, as indicated below.*

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) specified in Exhibit B below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified in Exhibit B hereto.

[ ] by personally delivering the document(s) listed above to the person(s) via Central Attorney Service at the address(es) set forth in Exhibit B.

Barron E. Ramos, Esq.                                              Counsel for Plaintiffs
132 N. El Camino Real, Suite 303
Encinitas, CA 92024
858 349-6019
760 994-1354 (fax)
bramos@hcesq.com
*(Via E-Filing)*

| | |
|---|---|
| 1 | David R. Markham, Esq. |
| | R. Craig Clark, Esq. |
| 2 | James Treglio |
| | Clark & Markham |
| 3 | 401 West A Street, Suite 2200 |
| | San Diego, CA 92101 |
| 4 | 619 239-1321 |
| | 619 239-5888 (fax) |
| 5 | dmarkham@clarkmarkham.com |
| | jtreglio@clarkmarkham.com |
| 6 | (*Via Electronic Mail*) |

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 23, 2008, at San Diego, California.

_____
Sarah Walter