# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ALPERT,<br><br>　　　　　　Plaintiff,<br>vs.<br>TIME WARNER CABLE INC.,<br><br>　　　　　　Defendant. | CASE NO. 08CV582-W (WMc)<br><br>ORDER |

　　　Due to a conflict in the Court's calendar the telephonic Case Management Conference currently scheduled for **July 14, 2008 at 9:15 a.m.** will be **continued** to **July 23, 2008, at 9:00 a.m. Counsel for Defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

　　　IT IS SO ORDERED.

DATED: July 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court