

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 12 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEON ALPERT, an individual, on behalf of himself, on behalf of those similarly situated, and on behalf of the general public,<br><br>       Plaintiff - Respondent,<br><br> v.<br><br>TIME WARNER CABLE, INC., a Delaware corporation,<br><br>       Defendant - Petitioner. | No. 08-80106<br><br>D.C. No. 3:08-cv-00582-W/WMC<br>Southern District of California,<br>San Diego<br><br>ORDER |



Before: O'SCANNLAIN and N.R. SMITH, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

rb/MOATT